UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 8:17-cr-244-T-35TGW
8 U.S.C. § 1326(a)

LUIS ANDREAS NAVA

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about April 25, 2017, in the Middle District of Florida, the defendant,

LUIS ANDREAS NAVA,

being an alien of the United States, who previously had been deported, excluded, and removed from the United States on or about August 12, 2008, February 3, 2010, August 24, 2012, and August 28, 2012, and who had not received the consent of the Attorney General or the Secretary of Homeland

Security to reapply for admission to the United States, was found to be voluntarily in the United States.

In violation of 8 U.S.C. § 1326(a).

A TRUE BILL,

Foreperson

W. STEPHEN MULDROW
Acting United States Attorney

By:
Gregory T. Nolan
Assistant United States Attorney

By:
Cherie L. Krigsman
Assistant United States Attorney
Chief, Major Crimes Section

**UNITED STATES DISTRICT COURT**
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

LUIS ANDREAS NAVA

**INDICTMENT**

Violations:

Title 8, United States Code, Section 1326(a)

A true bill,

[signature]
Foreperson

Filed in open court this 17th day

of May 2017.

Clerk

Bail $ ____________